# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **CASEY R.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:20-cv-00453-JDL |
| | ) |
| **KILOLO KIJAKAZI,** | ) |
| **Acting Commissioner of** | ) |
| **Social Security Administration,** | ) |
| | ) |
| Defendant. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

Casey R., the Plaintiff, seeks judicial review (ECF No. 1) of the Social Security Administration Commissioner's March 26, 2020 Decision (ECF No. 20-2 at 19-32) that she was not disabled for the purposes of Social Security Disability and Supplemental Security Income under the Social Security Act.  Pursuant to 28 U.S.C.A. § 636(b)(3) (West 2022) and D. Me. Local R. 16.3(a)(2), United States Magistrate Judge John H. Rich III held a hearing on Plaintiff's Statement of Errors (ECF No. 24) on December 14, 2021.  The Magistrate Judge filed his Recommended Decision with the Court on January 30, 2022 (ECF No. 30), recommending that the Court vacate the Commissioner's decision.  The time within which to file objections has expired, and no objections have been filed.  The Magistrate Judge provided notice that a party's failure to object would waive the right to de novo review and appeal.

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a de novo determination of all matters adjudicated by

1

the Magistrate Judge.  I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceedings are necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 30) of the Magistrate Judge is hereby **ACCEPTED**.  The Commissioner's Decision is **VACATED**, and the matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C.A. § 405(g) (West 2022) for further administrative action consistent with this opinion.

**SO ORDERED.**

**Dated: March 10, 2022.**

                                                         **/s/ JON D. LEVY**
                                          **CHIEF U.S. DISTRICT JUDGE**